UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **GEORGE SASSOWER,** | 88-CV-1012 (WJM) |
| Plaintiff, | |
| v. | **ORDER** |
| **ROBERT ABRAMS,** *et al*, | **HON. WILLIAM J. MARTINI** |
| Defendants. | |

**THIS MATTER** having come before the Court upon Plaintiff George Sassower's motion for an order seeking a declaration that various proceedings, orders, and dispositions be declared null and void, among other requests; the Court having familiarized itself with Plaintiff's motion, including the annexed affirmation, attachments entitled "The Rise and Fall of Associate Justice of the Supreme Court of the United States Samuel A. Alito" and "Smoking Guns I & II [First Abridged Edition]," and Exhibits A/A and A/B;  the Court recognizing that this action was terminated on January 26, 1990 and has not been re-opened;[1] it appearing to the Court that this motion effectively seeks to bring a new civil action, and as such, Plaintiff has failed to comply with Fed. R. Civ. P. 3 requiring that all civil actions be commenced by filing a complaint; Plaintiff's motion appearing to suffer from a number of additional infirmities, including a failure to properly serve the adverse parties, bring the request for relief in a timely

---

[1] The Court attaches the official docket of this case, which indicates the date of termination, for the benefit of Plaintiff.

manner and in compliance with all applicable statutes of limitations, and provide any jurisdictional statement or legal theory authorizing the Court to grant the relief sought,[2]

**IT IS** on the 17th of December 2009, hereby

**ORDERED** that Plaintiff's request for relief is **DENIED**.  Nothing in this Order shall be construed to prevent Plaintiff from filing a new action in compliance with all Federal Rules of Civil Procedure, Local Rules, and terms of this Order.

　　　　　　　　　　　　　　　　　　　　　 /s/ William J. Martini
　　　　　　　　　　　　　　　　　　　　　**WILLIAM J. MARTINI, U.S.D.J.**

---

[2] It should also be noted that several Defendants, or at least the parties from whom Plaintff appears to seek relief, are current or former judges and justices who have judicial immunity, and that others are deceased.